1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA C. ALLISON, #179741
    Assistant Federal Defender
3   Designated Counsel for Service
    801 "I" Street, 3rd Floor
4   Sacramento, CA 95814
    P: 916-498-5700/F: 916-498-5710
5   Linda.allison@fd.org

6   Attorney for Defendant
    ROSS MCKNIGHT
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO.  2:22-po-00204-DB
                                     )
12              Plaintiff,           )   **STIPULATION AND ORDER TO**
                                     )   **AUTHENTICITY OF EVIDENCE**
13       v.                          )
                                     )
14  ROSS MCKNIGHT                    )   DATE:   November 30, 2022
                                     )   TIME:    9:00 AM
15              Defendant.           )   JUDGE:  DEBORAH BARNES
                                     )
16  _____     )

17

18       IT IS HEREBY STIPULATED between the parties through their respective counsel,

19  Assistant United States Attorney CHI SOO KIM, and Assistant Federal Defender LINDA C.

20  ALLISON, attorney for ROSS MCKNIGHT, that the Motor Vehicle Use Maps (MVUM) labeled

21  as McKNIGHT_0007 through McKNIGHT_0008 are the authentic MVUM maps of Yuba River

22  Ranger District (South), Tahoe National Forest, published by the United States Department of

23  Agriculture – Forest Service.  These maps will be utilized as evidence by both parties at trial.

24       It is also stipulated between the parties that the body camera footage taken by Officer

25  Cinjen Leonard, labeled as McKNIGHT_ 0006, is authentic.  The video was taken on March 27,

26  2022 at Greenhorn Creek.

27

28

| Ex. No. | DOCUMENT DESCRIPTION | BATES No. |
|---------|----------------------|-----------|
| 1 | Motor Vehicle Use Map, Tahoe National Forest, Yuba River Ranger District South (2020) | MCKNIGHT_0007-MCKNIGHT_0008 |
| 3 | March 27, 2022 Video | MCKNIGHT_0006 |

Dated:  November 21, 2022                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender
*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant


Dated: November 21, 2022                    PHILLIP A. TALBERT
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney
Attorneys for Plaintiff

1

**ORDER**

2    IT IS SO ORDERED.

3    Dated:  November 22, 2022

4

5    _____

6    DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28